**UNITED STATES of America, Plaintiff–Appellee**

v.

**Justin Wade GRANTHAM, Defendant–Appellant.**

No. 05–41596.

United States Court of Appeals, Fifth Circuit.

Decided April 13, 2006.

Maureen Clancy Smith, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Franklyn Ray Mickelsen, Jr., Broden & Mickelsen, Dallas, TX, for Defendant–Appellant.

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that appellee's motion to vacate District Court's judgment and remand case to the United States District Court for the Eastern District of Texas is GRANTED.

IT IS FURTHER ORDERED that appellee's alternative motion to extend time to file appellee's brief for twenty (20) days

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

from this court's denial of motion to vacate and remand is DENIED AS MOOT.